UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OSCAR ESTEVAN VALLE,

Plaintiff,

v.

DR. RICHARD M. OBLER and JOHN DOE, National City Police Officer,

Defendants.

Case No.: 3:23-cv-02128-WQH-DEB

**ORDER**

HAYES, Judge:

The matter before the Court is the Report and Recommendation Denying Defendant Dr. Obler's Motion to Dismiss issued by Magistrate Judge Daniel E. Butcher. (ECF No. 49.)

On June 3, 2024, Plaintiff Oscar Estevan Valle ("Plaintiff"), proceeding *pro se*, filed a Second Amended Complaint ("SAC") pursuant to 42 U.S.C. § 1983. (ECF No. 14.) Plaintiff asserts federal constitutional claims relating to an alleged nonconsensual rectal examination he received at Paradise Valley Hospital while in police custody. *Id.*

On September 24, 2024, the Court issued a Screening Order allowing the SAC's Fourth Amendment claims against Defendants Dr. Richard Obler and Officer John Doe to proceed. (ECF No. 15.)

On February 6, 2026, Dr. Obler filed a Motion to Dismiss the SAC pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 33.) On March 12, 2026, Plaintiff filed an Opposition to the Motion to Dismiss the SAC. (ECF No. 35.) On March 16, 2026, Dr. Obler filed a Reply. (ECF No. 36.)

On July 9, 2026, Judge Butcher issued a Report and Recommendation recommending that this Court deny Dr. Obler's Motion to Dismiss the SAC. (ECF No. 49.) Judge Butcher ordered that any objection to the Report and Recommendation must be filed by July 23, 2026. *Id.* at 9.

The docket reflects that no party has filed an objection to the Report and Recommendation.

The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b). The district judge must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b). The district court need not review de novo those portions of a report and recommendation to which neither party objects. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Federal Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct.").

The Court has reviewed the Report and Recommendation, the record, and the submissions of the parties.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 49) is adopted in its entirety. Dr. Obler's Motion to Dismiss the SAC (ECF No. 33) is denied.

IT IS FURTHER ORDERED that Dr. Obler shall file an answer to the SAC within thirty (30) days of the filing of this Order.

Dated: July 29, 2026

Hon. William Q. Hayes
United States District Court